DAKOTA N!ATION!AL BANK, ·Respondent, v. L!EE et al, Appellants.

(*190* N. W. 881.)

(·File No. 5206.   Opinion filed December 12, 1922.)

**Appeal and Error—Briefs—Appeal Not Timely Perfected Deemed Abandoned.**

Where no briefs, stipulations, or other papers were timely filed by appellants after filing notice of appeal, the appellant being in default, the order appealed from will be affirmed.

Appeal from Circuit Court, Yankton County; HON. ROBERT B. TRIPP, Judge.

Action by the Dakota National Bank against Edward J. Lee and another. From the order entered, defendants appeal. Affirmed.

*J. L. Meighen,* of Scotland, for Appellants.                ·

*French, Orvis & French,* of Yankton, for Respondent.

PER CURIA!M.   On August 11, 1922, notice of appeal was filed in this court in the above-entitled action.   Since that date no briefs, stipulations, or other papers have been filed by appellants. Appellants being in default, the appeal will be deemed abandoned, and the order appealed from will be affirmed.

Note—Reported in 190 N. W. 881.   See American Key-Numbered Digest, Appeal and Error, Key-No. 773(4), 3 C. J. 1607.